UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
TODD A. HOLMES and
SABRINA R. HOLMES,
       Debtor(s).                                             No. 7-04-17328-SL

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $1593.81 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

| | |
|---|---|
| Chase Manhattan Bank USA, NA<br>P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $1,319.44 |
| Citibank (South Dakota) NA<br>Assoc/Texaco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $ 63.98 |
| Citibank (South Dakota) NA<br>Conoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $ 57.53 |
| Ketterman & Co.<br>P.O. Box 32181<br>Tucson, AZ 85751-2181 | $ 152.86 |

                                                    <u>Filed electronically</u>
                                                  Philip J. Montoya
                                                  Chapter 7 Trustee
                                                  PO Box 159
                                                  Albuquerque, NM 87103
                                                  Tel: (505) 244-1152
                                                  Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to <u>ustpregion20.aq.ecf@usdoj.gov</u> this 17th day of February, 2010.

                                        <u>Filed electronically</u>
                                        Philip J. Montoya